United States Bankruptcy Court

Northern District of Indiana

| | |
|---|---|
| In re: | Case No. 23-31487-pes |
| LaVon S Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0755-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 27, 2023 | Form ID: 309I | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaVon S Thomas, 718 S Albert Ave, South Bend, IN 46619-2722 |
| tr | + | Tracy L. Updike, Office of the Chapter 13 Trustee, PO Box 11550, South Bend, IN 46634-0550 |
| 15715314 | + | City of Bloomington Utilities, Accounts Receivable, PO Box 2500, Bloomington, IN 47402-2500 |
| 15715315 | + | ColorTyme Rent-To-Own, 4683 W Richland Plaza Dr, Bloomington, IN 47404-9777 |
| 15715321 | + | Cynthia L. Ball, 9100 Keystone Crossing, Suite 870, PO Box 40960, Indianapolis, IN 46240-0960 |
| 15715338 | + | Epic Home Care, INC., 3025 Grape Rd., Mishawaka, IN 46545-2776 |
| 15715345 | + | GMG Motors, INC., 50 N. Marion Street, Morgantown, IN 46160-9542 |
| 15715346 | + | Grassey Creek, 6764 Lambert St., Indianapolis, IN 46241-2971 |
| 15715348 | + | Hamilton's Bankruptcy Services, LLC, on behalf of New World Collections/IN, Healh Centers, INC., 16462 E. Lake Shore Dr. S., Hope, IN 47246-9799 |
| 15715355 | | IU Health Patient Financial Services, Attn: Bankruptcy, 250 N. Sheridan Avenue, Indianapolis, IN 46219 |
| 15715351 | + | Indiana Housing and Community Developmen, 30 S. Meridian Street, STE 1000, Indianapolis, IN 46204-3565 |
| 15715352 | + | Indiana University, 400 East 7th Street, Room 433, Bloomington, IN 47405-3004 |
| 15715353 | + | Infinite Batteries, 5209 Hohman Ave, STE 204, Hammond, IN 46320-1719 |
| 15715356 | + | J B's Disposal Services, 1803 W Vernal Pike, Bloomington, IN 47404-2868 |
| 15715357 | + | J.C. Hart Co., Inc, 805 City Center Dr., #120, Carmel, IN 46032-5641 |
| 15715359 | + | Joel Dendiu, 122 S. Mill Street, Mishawaka, IN 46544-2005 |
| 15715361 | #+ | Mackie Properties, 811 N. Walnut, Bloomington, IN 47404-3557 |
| 15715364 | + | Monroe Circuit Court 8, 301 N. College Ave., RE: 53C08-1801-SC-000109, Bloomington, IN 47404-3843 |
| 15715395 | + | Peter Francis Geraci Law LLC, 7725 Broadway, Merrillville, IN 46410-4731 |
| 15715405 | + | St Joseph County Tax Assesor, P.O. Box 4758, South Bend, IN 46634-4758 |
| 15715406 | + | St. Joseph Superior Court 6, 101 South Main Street, South Bend, IN 46601-1807 |
| 15715412 | + | Vectren Utilities Company, 3118 S Nebraska St, Marion, IN 46953-4007 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mmartinez@moseleymartinez.com | Nov 28 2023 00:49:00 | Miguel F. Martinez, Law Office of Moseley & Martinez, LLC, 8002 Utah Street, Merrillville, IN 46410 |
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Nov 28 2023 00:50:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| ust | | Email/Text: ustpregion10.so.ecf@usdoj.gov | Nov 28 2023 00:50:00 | Nancy J. Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 15715308 | | EDI: ATTWIREBK.COM | Nov 28 2023 05:45:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15715307 | + | Email/Text: documents@apellesnow.com | Nov 28 2023 00:50:00 | Apelles, 3700 Corporate Drive, Suite 240, Columbus, OH 43231-5001 |
| 15715309 | ^ | MEBN | Nov 28 2023 00:45:15 | Attorney General of the Unites States, U.S. Dept |

Case 23-31487-pes   Doc 10   Filed 11/29/23   Page 2 of 7

| District/off: 0755-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 309I | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 |
| 15715310 | | Email/Text: bankruptcy@bbanda.com | Nov 28 2023 00:49:00 | Bleecker Brodey and Andrews, 9247 N Meridian St., Suite 101, Indianapolis, IN 46260-1813 |
| 15715311 | | EDI: AISACG.COM | Nov 28 2023 05:45:00 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 15715312 | | EDI: CAPITALONE.COM | Nov 28 2023 05:45:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15715316 | | EDI: COMCASTCBLCENT | Nov 28 2023 05:39:00 | Comcast Cable, Bankruptcy Department, 1701 John F Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 15715317 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 28 2023 00:50:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15715678 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 28 2023 00:50:00 | Credit Acceptance Corporation, 25505 West 12 Mile Rd #3000, Southfield MI 48034-8331 |
| 15715318 | + | EDI: CCS.COM | Nov 28 2023 05:45:00 | Credit Collectioin Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15715319 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 28 2023 00:54:55 | Credit One, Bankruptcy Dept, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 15715320 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 28 2023 00:54:12 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15715322 | | EDI: AIS.COM | Nov 28 2023 05:45:00 | DirecTV, LLC, by American Infoource as Agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15715323 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:50:00 | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715335 | | Email/Text: operationsclerk@easypayfinance.com | Nov 28 2023 00:49:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15715339 | | Email/Text: bankruptcycourts@equifax.com | Nov 28 2023 00:50:00 | EquiFax, Attn: Bankrupcty Dept, Po Box 740241, Atlanta, GA 30374 |
| 15715336 | + | Email/Text: bknotice@ercbpo.com | Nov 28 2023 00:50:00 | Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15715340 | ^ | MEBN | Nov 28 2023 00:45:19 | Experian, PO BOX 2002, Allen, TX 75013-2002 |
| 15715341 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 28 2023 00:51:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15715342 | + | EDI: BLUESTEM | Nov 28 2023 05:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15715343 | + | EDI: AMINFOFP.COM | Nov 28 2023 05:45:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15715347 | ^ | MEBN | Nov 28 2023 00:45:41 | Green Dot Bank, Attn: Bankruptcy, 1675 N Freedom Blvd, Provo, UT 84604-2540 |
| 15715349 | + | EDI: LCIICSYSTEM | Nov 28 2023 05:45:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15715920 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Nov 28 2023 00:51:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15715350 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Nov 28 2023 00:51:00 | Indiana Deparment of Revenue, Indiana Government Center, 100 N. Senate Avenue, Indianapolis, IN 46204-2253 |
| 15715354 | | EDI: IRS.COM | Nov 28 2023 05:45:00 | Internal Revenue Service, P.O. Box 7346, |

| District/off: 0755-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 309I | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 15715358 | | EDI: JEFFERSONCAP.COM | Nov 28 2023 05:45:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15715313 | | EDI: JPMORGANCHASE | Nov 28 2023 05:45:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 15715360 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:54:57 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15715400 | | Email/Text: cscommunications@mrvbanks.com | Nov 28 2023 00:50:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 15715362 | + | EDI: CBS7AVE | Nov 28 2023 05:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15715365 | + | EDI: CBS7AVE | Nov 28 2023 05:45:00 | Montgomery Ward, PO Box 2855, Monroe, WI 53566-8055 |
| 15715366 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:50:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715390 | + | Email/Text: sebmeier@indianafinance.net | Nov 28 2023 00:50:00 | Oak Motors, Pob 1236, Anderson, IN 46015-1236 |
| 15715391 | + | Email/Text: sebmeier@indianafinance.net | Nov 28 2023 00:50:00 | Oak Motors/Indiana Finance Co, Attn: Bankruptcy, P. O. Box 49, Anderson, IN 46015-0049 |
| 15715394 | + | Email/Text: bankruptcy@onlineis.com | Nov 28 2023 00:50:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 15715396 | | EDI: JEFFERSONCAP.COM | Nov 28 2023 05:45:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC assignee, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15715397 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 28 2023 00:50:00 | Progressive, Dept. 0561, Carol Stream, IL 60132-0001 |
| 15715398 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 28 2023 00:51:00 | Quest Diagnostics, Corporate Headquarters, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 15715401 | ^ | MEBN | Nov 28 2023 00:45:39 | RMP, LLC, P.O. Box 630844, Cincinnati, OH 45263-0844 |
| 15715399 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:54:18 | Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 15715402 | | Email/Text: bankruptcy@sequium.com | Nov 28 2023 00:50:00 | Sequium Asset Solutions, 1130 NorthChase Parkway, Suite 150, Marietta, GA 30067 |
| 15715404 | | EDI: AISSPRINT | Nov 28 2023 05:45:00 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 15715919 | | Email/Text: dmathews@sjcindiana.com | Nov 28 2023 00:50:00 | St. Joseph County Treasurer, County City Building, 227 West Jefferson Blvd, South Bend IN 46601 |
| 15715403 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2023 00:50:00 | Social Security Admininstration/New York, Office Of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-0004 |
| 15715406 | ^ | MEBN | Nov 28 2023 00:46:03 | St. Joseph Superior Court 6, 101 South Main Street, South Bend, IN 46601-1807 |
| 15715407 | + | Email/Text: bncnotices@stengerlaw.com | Nov 28 2023 00:50:00 | Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 15715408 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 28 2023 00:50:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 15715409 | ^ | MEBN | Nov 28 2023 00:45:54 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 15715410 | ^ | MEBN | Nov 28 2023 00:45:01 | Transunion, Attn: Bankruptcy Dept, PO Box 1000, |

| District/off: 0755-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 309I | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 15715411 | | ^   MEBN | Nov 28 2023 00:45:15 | Crum Lynne, PA 19022<br>United States Attorney General, Office of the Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 |
| 15715413 | | EDI: AIS.COM | Nov 28 2023 05:45:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15715324 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715325 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715326 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715327 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715328 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715329 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715330 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715331 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715332 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715333 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715334 | *+ | Dpednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15715337 | *+ | Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15715344 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15715921 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15715363 | *+ | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15715367 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715368 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715369 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715370 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715371 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715372 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715373 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715374 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715375 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715376 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715377 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715378 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715379 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715380 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715381 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715382 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715383 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715384 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715385 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715386 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715387 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715388 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715389 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15715392 | *+ | Oak Motors/Indiana Finance Co, Attn: Bankruptcy, P. O. Box 49, Anderson, IN 46015-0049 |
| 15715393 | *+ | Oak Motors/Indiana Finance Co, Attn: Bankruptcy, P. O. Box 49, Anderson, IN 46015-0049 |

TOTAL: 0 Undeliverable, 40 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0755-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 27, 2023 | Form ID: 309I | Total Noticed: 76 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Miguel F. Martinez | on behalf of Debtor 1 LaVon S Thomas mmartinez@moseleymartinez.com  R41222@notify.bestcase.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Tracy L. Updike | dmecf@trustee13.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | LaVon S Thomas<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4226<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Indiana | Date case filed for chapter:   13   11/22/23 |
| Case number: | 23–31487–pes | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | LaVon S Thomas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 718 S Albert Ave<br>South Bend, IN 46619 | |
| 4. | **Debtor's attorney**<br>Name and address | Miguel F. Martinez<br>Law Office of Moseley & Martinez, LLC<br>8002 Utah Street<br>Merrillville, IN 46410 | Contact phone 219–472–8391<br>Email: mmartinez@moseleymartinez.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tracy L. Updike<br>Office of the Chapter 13 Trustee<br>PO Box 11550<br>South Bend, IN 46634 | Contact phone 574–254–1313<br>Email: dmecf@trustee13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 401 S. Michigan Street<br>South Bend, IN 46601 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br>Contact phone 574–968–2100<br>Date: 11/27/23 |

**For more information, see page 2**

| Debtor **LaVon S Thomas** | | Case number **23–31487–pes** |
|---|---|---|

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 20, 2023 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting: Go to, https://zoom.us/join Enter Meeting ID:, 585 777 9300 and Passcode: 7441193650, OR call 574–228–5459**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/20/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/31/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/20/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |